NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TIMOTHY ALLEN, DOC #Y12379, )
 )
  Appellant, )
 )
v. ) Case No. 2D18-3990
 )
STATE OF FLORIDA, )
 )
  Appellee. )
_____ )

Opinion filed September 18, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Pat Siracusa, Judge.

PER CURIAM.

   Affirmed.

SILBERMAN, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.